IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-1364-JLK**

**SCOT HOLLENBECK**
**JOSE ANTONIO INGUEZ**
**JACOB WALTER JUNG HO HEILVEIL, and**
**VIE SPORTS MARKETING, INC., a Georgia corporation,**

      Plaintiffs,

v.

**UNITED STATES OLYMPIC COMMITTEE, a federally chartered corporation, and**
**U.S. PARALYMPICS, INC., f/k/a UNITED STATES PARALYMPIC CORPORATION, a**
**Colorado non-profit corporation,**

      Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion for Combined Oral Argument or Ruling (doc. #29), filed June 27, 2005, is **GRANTED** in part.  Oral Argument is scheduled for **September 21, 2005 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Argument will be limited to the athlete issues common to this case and 99-cv-2077-JLK.

---

Dated:  August 17, 2005