IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-2077-JLK**

**MARK E. SHEPHERD,**

    Plaintiff,

v.

**UNITED STATES OLYMPIC COMMITTEE, a corporation,**

    Defendant.

---

Civil Action No. **03-cv-1364-JLK**

**SCOT HOLLENBECK
JOSE ANTONIO INGUEZ
JACOB WALTER JUNG HO HEILVEIL, and
VIE SPORTS MARKETING, INC., a Georgia corporation,**

    Plaintiffs,

v.

**UNITED STATES OLYMPIC COMMITTEE, a federally chartered corporation, and
U.S. PARALYMPICS, INC., f/k/a UNITED STATES PARALYMPIC CORPORATION, a
Colorado non-profit corporation,**

    Defendants.

---

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

    In light of the plan for resolving the remaining issues in these cases formalized after the January 4, 2007 joint status conference, and for internal housekeeping purposes, Plaintiff's Motion for Trial on Plaintiff's Employment Claims in 99-cv-2077 (Doc. 183) and Defendants' Motion to Dismiss for Lack of Jurisdiction in 03-cv-1364 (Doc. 12) are **DENIED without prejudice** to their being refiled, if necessary, at a later date. The Hollonbeck Plaintiffs' Motion for Scheduling Conference and Commencement of Discovery in 03-cv-1364 (Doc. 44) is **DENIED as MOOT.**    There are no other pending motions in these cases.

Dated:  February 1, 2007.