## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1364-JLK

SCOT HOLLONBECK,
JOSE ANTONIO INIGUEZ,
JACOB WALTER JUNG HO HEILVEIL, and
VIE SPORTS MARKETING, INC., a Georgia corporation,

       Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE, a federally chartered corporation, and U.S. PARALYMPICS, INC., f/k/a UNITED STATES PARALYMPIC CORPORATION, a Colorado non-profit corporation,

       Defendants.

---

## ORDER DISMISSING WITH PREJUDICE
## VIE SPORTS MARKETING, INC.'S CLAIMS AND
## U.S. PARALYMPICS, INC.'S COUNTERCLAIM

---

This matter comes before the Court on the Stipulation of Dismissal With Prejudice of Vie Sports Marketing, Inc.'s Claims and U.S. Paralympics, Inc.'s Counterclaim, the Court being advised in the premises, **IT IS HEREBY ORDERED**:

1. All of the claims of Vie Sports Marketing, Inc. are dismissed with prejudice.

2. The counterclaim of U.S. Paralympics, Inc. f/k/a United States Paralympic Corporation is dismissed with prejudice.

3. Final judgment has already entered on all other claims in this action. Therefore, this action is hereby closed.

DATED: July 12, 2007         *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE